64 So.2d 895

**HOYLE et al. v. HILL.**

**5 Div. 424.**

Court of Appeals of Alabama.

April 28, 1953.

A. D. Redden, Tallassee, for appellants.

Geo. P. Howard, Wetumpka, for appellee.

CARR, Presiding Judge.

The record in this case does not contain any assignments of error. The judgment below must therefore be affirmed. Robinson v. Sandlin, 24 Ala.App. 235, 133 So. 744; Nichols v. Hardegree, 202 Ala. 132, 79 So. 598.

Affirmed.